**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 347 MAL 2019

               Respondent                :

                                        :    Petition for Allowance of Appeal from

                                        :    the Order of the Superior Court

             v.                      :

                                        :

HAROLD JOHN MCGURL, JR.,        :

                                        :

               Petitioner                :

## ORDER

**PER CURIAM**

       **AND NOW**, this 25th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.